# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3455
_____

TIMOTHY GLYNN MCDONALD,

    Appellant,

v.

DEPARTMENT OF REVENUE and
HOLLY ANN OTTEN,

    Appellees.

_____

On appeal from the Division of Administrative Hearings.
Garnett W. Chisenhall, Administrative Law Judge.

September 19, 2022

PER CURIAM.

    AFFIRMED.

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd M. LaDouceur and Jay C. Hamilton of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Pensacola, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue; John Booth of Walborsky, Bradley & Fleming, PLLC, Pensacola, for Appellee Holly Ann Otten.